■ In the Matter of the Estate of WILLIAM KASSEBOHM, Deceased. EMMA S. KASSEBOHM, as Administratrix of the Estate of WILLIAM KASSEBOHM, Deceased, Appellant; ALFRED J. JENNINGS, Respondent.— Application for resettlement of the decision heretofore made by this court and for the determination of issues of fact directed to be made by the Court of Appeals. This application will be held pending a reargument of the case. The appeal may be set down for reargument at the May Term of this court. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 286 App. Div. 932.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS F. KING and WILLIAM H. GREEN, Appellants.— Application by appellant, Green, for reargument denied. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 284 App. Div. 1015.]

■ In the Matter of the Claim of ROSE KAPPES, Appellant, against REMINGTON RAND, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 611.]

■ In the Matter of JOSEPH KOWALSKI, Also Known as JOSEPH B. BLANCHARD, Appellant, against PEERLESS CASUALTY COMPANY, Respondent.— Motion for reargument denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 624.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADOLPH MAURER, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Motion for reargument denied. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 1 A D 2d 140.]

■ UNIVERSAL MAJOR ELECTRIC APPLIANCES, INC., Respondent, v. RUDISCO, INC., Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 687.]